**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1744**

THURMOND R. GUESS, SR.,

       Plaintiff - Appellant,

    v.

LEONARDO BROWN, as Richland County Administrator; DARRELL JACKSON, SR.; ROSE ANN ENGLISH; ALFRED T. GUESS; MARJORIE GUESS; MARSHALL GREEN; RICHLAND COUNTY COUNSEL,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:24-cv-01797-CMC)

Submitted:  November 19, 2024           Decided:  November 21, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thurmond R. Guess, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurmond R. Guess, Sr., appeals the district court's orders accepting the recommendation of the magistrate judge, dismissing Guess's 42 U.S.C. § 1983 complaint with prejudice, and denying Guess's Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Guess v. Brown*, 3:24-cv-01797-CMC (D.S.C. June 4, 2024; July 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*